IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-146-CR



NO. 3-92-147-CR



AND



NO. 3-92-148-CR




THE STATE OF TEXAS,


 APPELLANT


vs.




GREGORY PAIRETT,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY,





NOS. 32,282, 32,283, AND 32,284, HONORABLE HOWARD S. WARNER, II, JUDGE



 




PER CURIAM


 The State appeals from orders of the county court granting relief on appellee's post-conviction applications for writ of habeas corpus.

 The State has filed motions to withdraw the appeals. No decisions of this Court
have been delivered. The motions are granted and the appeals are dismissed. See Tex. R. App.
P. Ann. 59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed on State's Motions

Filed: May 20, 1992

[Do Not Publish]







May 20, 1992








Honorable 


 Re: No. 3---CR-- v. The State of Texas (t/c no.
)


Counsel:


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 W. KENNETH LAW, CLERK



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Howard S. Warner, II, County Judge

 Mr. Ronnie Dannelley, County Clerk

XX

 TRIAL COURT NO. 32,282



THE STATE OF TEXAS.


TO THE COUNTY COURT AT LAW NO. 1 of HAYS COUNTY - GREETINGS:


 Before our COURT OF APPEALS, on the 20th of May A.D. 1992, the cause upon appeal to
revise or reverse your Judgment between




 THE STATE OF TEXAS, Appellant,

No. 3-92-146-CR vs. 

 GREGORY PAIRETT, Appellee,


was determined; and therein our said COURT OF APPEALS made its orders in these words:




 WHEREFORE, We command you to observe the order of said COURT OF APPEALS in this
behalf and in all things have it duly recognized, obeyed and executed.

 

 WITNESS the HONORABLE JIMMY CARROLL, Chief Justice
of our said COURT OF APPEALS for the Third District of Texas,
with the seal thereof annexed, at the City of Austin, this the 20th
day of May A.D. 1992.


 W. KENNETH LAW, CLERK




 by:  , Deputy

    Barbara E. Chapman








May 20, 1992







 Re: No. 3-92-146-CR--The State of Texas v. Gregory
Pairett

 (t/c nos. 32,282, 32,283 and 32,284)


Dear Mr. Dannelley:


Enclosed, with reference to the above cause, is the mandate of this Court. Please acknowledge
your receipt of same by returning the enclosed card to this office, appropriately completed.


Your cooperation in this regard is appreciated.


 Very truly yours,


 W. KENNETH LAW, CLERK



 by

 Barbara E. Chapman, Deputy


Enclosures to Clerk


xc: Honorable Lucy Del Prado Dietz, Assistant Cirminal District Attorney

 Mr. E. Ray Green